## 42395. ALEXANDER v. O'KELLEY et al.

FRANKUM, Judge. The appeal in this case is from a judgment sustaining the general demurrers of two of the co-defendants in the same action as was involved in *Alexander v. Daniel,* ante. The ruling made in that case is determinative of all issues here and requires that the judgment of the trial court be affirmed.

*Judgment affirmed. Felton, C. J., and Pannell, J., concur.*
ARGUED NOVEMBER 8, 1966—DECIDED JANUARY 20, 1967—
REHEARING DENIED FEBRUARY 8, 1967

*E. E. Moore, Jr., J. C. Daugherty,* for appellant.
*Stephens Mitchell, Lee Evans,* for appellees.